Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−25231−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Mobasseri
   aka Paul Mobasseri
   87 Jamestown Road
   Basking Ridge, NJ 07920

Social Security No.:
   xxx−xx−4184

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: October 31, 2016
JJW: admi

                                           James J. Waldron
                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammad Mobasseri  
    Debtor

Case No. 16-25231-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Oct 31, 2016  
                      Form ID: finmgtc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.  
db        +Mohammad Mobasseri,   87 Jamestown Road,   Basking Ridge, NJ 07920-3046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2016 21:44:14     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2016 21:44:13     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                                                                                                     TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:  
            Albert  Russo   docs@russotrustee.com  
            Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            John A. Lipowski   on behalf of Debtor Mohammad  Mobasseri jal1001@aol.com  
            R. A. Lebron   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
                                                                                                                                                                   TOTAL: 4