Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−25231−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Mobasseri
   aka Paul Mobasseri
   87 Jamestown Road
   Basking Ridge, NJ 07920

Social Security No.:
   xxx−xx−4184

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        2/22/17
Time:        10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 10, 2017
JAN: pbf

                       Jeanne Naughton
                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-25231-KCF
Mohammad Mobasseri                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 10, 2017
                              Form ID: 132             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db         +Mohammad Mobasseri,    87 Jamestown Road,    Basking Ridge, NJ 07920-3046
516544868  +Adams Village Condo Assoc.,    Judith Fallat, Esq.,    92 Broadway, Ste. 201,
             Denville, NJ 07834-2791
516329822  +Adams Village Condominium Association,    Attn. Herrick, Feinstein, LLP,    210 Carnegie Center,
             Princeton, NJ 08540-6233
516329823  +Barclay's Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
516399630  +First Energy,    331 Newman Springs Rd,    Bldg 3,    Red Bank, NJ 07701-6771
516329824   JCP&L,    76 South Main Street,    Akron, OH 44308-1890
516329825  +M & T Bank/Bayview Loan Servicing, LLC,    Attn. Fein, Such, Kahn & Shepard, P.C.,
             7 Century Drive,    Parsippany, NJ 07054-4603
516329827   PNC Bank,    249 Fifth Avenue, One PNC Plaza,    Pittsburgh, PA 15222
516329829   T-Mobille,    PO Box 742596,    Cincinnati, OH 45274-2596
516329830  +Verizon,    500 Technology Drive, Suite 550,    Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2017 00:17:23     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2017 00:17:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516549144       E-mail/Text: camanagement@mtb.com Jan 11 2017 00:17:08     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516329826       E-mail/Text: bcwrtoff@cablevision.com Jan 11 2017 00:18:11
                 Optimum/Cablevision of Raritan Valley,    PO Box 371378,    Pittsburgh, PA 15250-7378
516543989       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2017 00:20:18
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516329828       E-mail/Text: bankruptcy@pseg.com Jan 11 2017 00:16:31     PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John A. Lipowski    on behalf of Debtor Mohammad  Mobasseri jal1001@aol.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 4