**Information to identify the case:**

| Debtor 1 | Mohammad Mobasseri | | Social Security number or ITIN | xxx–xx–4184 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | | |
| Case number: | 16–25231–MBK | | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mohammad Mobasseri
aka Paul Mobasseri

<u>5/4/20</u>                                            **By the court:** <u>Michael B. Kaplan</u>
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-25231-MBK
Mohammad Mobasseri                                              Chapter 13
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: May 04, 2020
                              Form ID: 3180W           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db             +Mohammad Mobasseri,    87 Jamestown Road,    Basking Ridge, NJ 07920-3046
516544868      +Adams Village Condo Assoc.,    Judith Fallat, Esq.,    92 Broadway, Ste. 201,
                 Denville, NJ 07834-2791
516329822      +Adams Village Condominium Association,    Attn. Herrick, Feinstein, LLP,    210 Carnegie Center,
                 Princeton, NJ 08540-6233
517982520       Bayview Loan Servicing, LLC,    P.O. BOX 650091,    DALLAS, TX 75265-0091
517982521       Bayview Loan Servicing, LLC,    P.O. BOX 650091,    DALLAS, TX 75265-0091,
                 Bayview Loan Servicing, LLC,    P.O. BOX 650091,    DALLAS, TX 75265-0091
516329824       JCP&L,    76 South Main Street,    Akron, OH 44308-1890
516329825      +M & T Bank/Bayview Loan Servicing, LLC,    Attn. Fein, Such, Kahn & Shepard, P.C.,
                 7 Century Drive,    Parsippany, NJ 07054-4603
516329827       PNC Bank,    249 Fifth Avenue, One PNC Plaza,    Pittsburgh, PA 15222
516329829       T-Mobille,    PO Box 742596,    Cincinnati, OH 45274-2596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2020 22:52:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2020 22:52:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516329823      +EDI: TSYS2.COM May 05 2020 02:18:00     Barclay's Bank Delaware,    100 South West Street,
                 Wilmington, DE 19801-5015
516549144       E-mail/Text: camanagement@mtb.com May 04 2020 22:52:08     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516329826       E-mail/Text: bcwrtoff@cablevision.com May 04 2020 22:52:44
                 Optimum/Cablevision of Raritan Valley,    PO Box 371378,    Pittsburgh, PA 15250-7378
516543989       EDI: PRA.COM May 05 2020 02:18:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
516329828       E-mail/Text: bankruptcy@pseg.com May 04 2020 22:51:10     PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
518134972       E-mail/Text: jennifer.chacon@spservicing.com May 04 2020 22:52:49
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518134973       E-mail/Text: jennifer.chacon@spservicing.com May 04 2020 22:52:49
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250,
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516329830      +EDI: VERIZONCOMB.COM May 05 2020 02:18:00     Verizon,    500 Technology Drive, Suite 550,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516399630    ##+First Energy,    331 Newman Springs Rd,    Bldg 3,    Red Bank, NJ 07701-6771
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 04, 2020
                              Form ID: 3180W           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John A. Lipowski     on behalf of Debtor Mohammad   Mobasseri jal1001@aol.com
              Phillip Andrew Raymond     on behalf of Creditor    Select Portfolio Servicing, Inc.
               phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com
              R. A. Lebron     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              R. A. Lebron     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for BAYVIEW
               LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Rebecca Ann Solarz     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
                                                                                                                                                                                                    TOTAL: 7